UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LUJEAN WILDEE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER KURPJUWEIT,<br><br>Defendant. | No. 2:14-cv-2047 DAD P<br><br><br><br>ORDER |

By order filed March 16, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from the date of that order have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: April 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
wild2047.fta

---

[1] Plaintiff has previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 4)

1